**No. 10-9516. Nakia Pettus, Petitioner v. United States, et al.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5130.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1023, 131 S. Ct. 3027, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4710.

**No. 10-9572. Mark Heinonen, Petitioner v. Arthur Scott.**

564 U.S. 1060, 132 S. Ct. 59, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5134.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3885.

**No. 10-9578. Steven D. Simon, Petitioner v. Georgia, et al.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5088.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3851.

**No. 10-9625. Jack D. Hall, Petitioner v. Mary Berghuis, Warden.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5113.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3795.

**No. 10-9706. Vincent Maurice Harris, Petitioner v. Board of Supervisors of Louisiana State University & Agricultural & Mechanical College.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5097.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4082.

**No. 10-9710. Frederick Goodman, Petitioner v. Merit Systems Protection Board.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5121.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3894.

**No. 10-9720. Lawrence A. Digsby, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 928, 2011 U.S. LEXIS 5095.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1024, 131 S. Ct. 2936, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4035.